IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19 CR 00505-1-AA |
| Plaintiff, | **ORDER** |
| v. | |
| JAMICHAEL PICCINI, | |
| Defendant. | |

This matter came before the court on February 13, 2023 for a telephonic status hearing. The defendant and his attorney, Kimberly Seymour both appeared. The government appeared by AUSA, Adam Delph and his probation officer, Ahmed Almrayatee. The probation officer requested a no alcohol condition and a referral to the NWRRC. The court granted the request, therefore, IT IS HEREBY ORDERED that the defendant's terms of supervised release are modified with the addition of the following conditions:

Special Condition #8: You must reside in and participate in the program of a residential reentry center for not more than 120 days, to be released at the direction of the probation officer. You must follow the rules and regulations of the center, which may include location monitoring.

Special Condition #9: You must not use or possess alcohol.

The defendant shall appear at the next telephonic status hearing on March 17, 2023 at 9:00am.

Dated the 13th day of February, 2023.

                                                                                          /s/Ann Aiken
                                                                                           Ann Aiken
                                                                       United States District Judge